Case 4:21-cv-00905   Document 15   Filed on 10/29/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 01, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT BECKER AND KATHRYN BECKER, *Plaintiffs,* | § § § § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-00905 |
| NATIONWIDE GENERAL INSURANCE COMPANY, *Defendant.* | § § § § § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiffs Robert Becker and Kathryn Becker and Defendant Nationwide General Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and is hereby, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice, with each party to bear its own costs.

Signed this 29th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE

1